UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Robert James Miller, | ) | C/A No. 3:14-340-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON MOTION |
| | ) | TO RECONSIDER |
| Riley Maxwell, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

By order entered May 8, 2014, this court adopted the Report and Recommendation of the assigned Magistrate Judge and dismissed this action without prejudice and without issuance and service of process. The plaintiff then filed an appeal of the decision on May 15, 2014. Shortly thereafter, the plaintiff filed a motion to alter or amend this court's decision, presumably pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

The May 8, 2014 order adequately sets forth this court's reasoning in dismissing the action and the court sees no meritorious reason to disturb its ruling. Accordingly, the motion to alter or amend (ECF No. 27) is denied.

IT IS SO ORDERED.

June 23, 2014                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge